IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NATIVE AMERICAN SERVICES CORP.,**

      Plaintiff,

     vs.                          Civil No. 09-584 WJ/ACT

**EL PASO TRENCH SAFETY, INC.,
LOUIS A. CEPEDA, JR., and
CASEY KENDALL,**

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge. [Doc. 70.] No objections were filed.

**IT IS THEREFORE ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are hereby adopted by the Court.

**IT IS FURTHER ORDERED** that service of process on El Paso Trench Safety, Inc., Louis A. Cepeda, Jr., and Casey Kendall be quashed and that Plaintiff may re-serve the Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure within twenty days.

                                                      **WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE**